IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BAILEY INDUSTRIES, INC.,
    Plaintiff,

v.                                                  Case No. 3:10mc64/MCR/EMT

CLJP, INC.,
    Defendant.
_____/

## O R D E R

This cause is before the court upon Plaintiff's Motion to Compel and Incorporated Memorandum of Law (Doc. 1). Before the court rules on this matter, Defendant shall have an opportunity to respond.

Accordingly, it is **ORDERED**:

Defendant shall respond to Plaintiff's motion on or before **THURSDAY, AUGUST 26, 2010**. Prior to responding, Defendant shall fully review this court's "Order Concerning Discovery Disputes," which will be issued by separate order on today's date.

**DONE AND ORDERED** this 23rd day of August 2010.

                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**